912 A.2d 1261

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
LUCMAN DAZILME, DEFENDANT–PETITIONER.

December 8, 2006.

ORDERED that the petition for certification is granted, limited solely to the sentencing issue raised by defendant, and the matter is summarily remanded to the trial court for resentencing in light of *State v. Natale*, 184 *N.J.* 458, 878 *A.*2d 724 (2005).

912 A.2d 1261

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
JEFFREY M. MARSH, DEFENDANT–PETITIONER.

December 8, 2006.

ORDERED that the petition for certification is granted, limited solely to the sentencing issue raised by defendant, and the matter is summarily remanded to the trial court for resentencing in light of *State v. Thomas*, 188 *N.J.* 137, 902 *A.*2d 1185 (2006).

912 A.2d 1261

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
ATOM MUHAMMED, DEFENDANT–PETITIONER.

December 8, 2006.

ORDERED that the petition for certification is granted, limited solely to the sentencing issue raised by defendant, and the matter is summarily remanded to the trial court for resentencing in light of *State v. Natale*, 184 *N.J.* 458, 878 *A.*2d 724 (2005).